UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| GUILFORD COLLEGE, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-0891 |
| KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Under Federal Rules of Civil Procedure 12(b)(1) and (6), Defendants hereby move this Court to dismiss Plaintiff's Complaint because this Court no longer has jurisdiction over Plaintiffs' claims or because Plaintiffs have failed to state a claim upon which relief may be granted. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is attached.

Dated: January 9, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

                    By: */s/ Joshua S. Press*
                            JOSHUA S. PRESS
                            Trial Attorney
                            United States Department of Justice
                            Civil Division