# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GUILFORD COLLEGE, *et al.*,<br><br>                Plaintiffs,<br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>               Defendants. | Civil Action No. 1:18-cv-00891-LCB-JEP |

## NOTICE OF SPECIAL APPEARANCE

Ishan K. Bhabha and the law firm of Jenner & Block LLP hereby give notice of their appearance as counsel of record for proposed *amici curiae* Adler University, Amherst College, Arizona State University, Barnard College, Bennington College, Boston University, Brown University, Bucknell University, California Community Colleges Board of Governors, California Institute of Technology, Case Western Reserve University, Christian Brothers University, Clark University, Columbia University, Cornell College, Cornell University, Dartmouth College, Drexel University, Duke University, Eastern Michigan University, Emerson College, Emory University, Franklin & Marshall College, George Washington University, Georgetown University, Gettysburg College, Goucher College, President and Fellows of Harvard College, Illinois Institute of Technology, Macalester College, Manhattanville College, Massachusetts Institute of Technology, Menlo College, Middlebury College, Mills College, Mount Holyoke College, New York University, Northeastern University, Northwestern University, The Pennsylvania State University, Pomona College, Princeton University, Rhode Island

School of Design, Rhodes College, Rice University, Rochester Institute of Technology, Roosevelt University, Rutgers University-Newark, Sarah Lawrence College, Smith College, Southeastern University, Stanford University, Swarthmore College, Trinity Washington University, Tufts University, University of Denver (Colorado Seminary), University of Michigan, University of Pennsylvania, University of San Diego, University of Southern California, University of Utah, Vanderbilt University, Washington University in St. Louis, Wellesley College, Williams College, and Yale University. The undersigned respectfully requests that any future pleadings be served upon him.

This notice of appearance is made pursuant to, and in compliance with, Local Rule 83.1(d) for the appearance of attorneys by special appearance in the Middle District of North Carolina.

Dated: January 24, 2019

Respectfully submitted,

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
POYNER SPRUILL LLP
301 Fayetteville Street
Suite 1900
Raleigh, NC 27601
Telephone: (919) 783-2881
ESpeas@poynerspruill.com

*Counsel for* Amici Curiae *Institutions of Higher Education*

/s/ Ishan K. Bhabha
Ishan K. Bhabha
D.C. Bar No. 1015673 *
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
IBhabha@jenner.com

*Counsel for* Amici Curiae *Institutions of Higher Education*

*Appearing by Special Appearance

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing Notice of Special Appearance with the Clerk of the Court for the United States District Court for the Middle District of North Carolina by using the CM/ECF system, which will automatically serve electronic copies upon all counsel of record.

Dated: January 24, 2019

Respectfully submitted,

/s/ Ishan K. Bhabha
Ishan K. Bhabha
D.C. Bar No. 1015673 *
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
IBhabha@jenner.com

*Counsel for* Amici Curiae *Institutions of Higher Education*

*Appearing by Special Appearance