IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GUILFORD COLLEGE, GUILFORD COLLEGE INTERNATIONAL CLUB, THE NEW SCHOOL, FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, HAVERFORD COLLEGE, THE AMERICAN FEDERATION OF TEACHERS, JIA YE, and SEN LI, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:18CV891 |
| KEVIN MCALEENAN, U.S. DEPARTMENT OF HOMELAND SECURITY, L. FRANCIS CISSNA, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED that the parties shall engage in expedited summary judgment briefing as follows:

(i) Cross-motions for summary judgment and supporting documents, including brief, shall be due no later than May 13, 2019;

(ii) Responses to motions for summary judgment shall be due no later than May 23, 2019;

(iii) Replies to responses to motions for summary judgment shall be due no later than May 30, 2019.

IT IS FURTHER ORDERED that Defendants shall file an Answer to Plaintiffs' First Amended Complaint no later than May 13, 2019.

This, the 3rd day of May, 2019.

                                                      /s/ Loretta C. Biggs
                                                      United States District Judge