# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GUILFORD COLLEGE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-cv-891 |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Plaintiffs Guilford College, Guilford College International Club, The New School, Foothill De-Anza Community College District, Haverford College, The American Federation of Teachers, Jia Ye, and Sen Li respectfully move this Court for summary judgment on the first and third claims in their First Amended Complaint (Dkt. 14). As set out more fully in their memorandum in support of this motion, Plaintiffs are entitled summary judgment because the August 2018 Memorandum (1) is a legislative rule that is invalid for failure to observe the notice-and-comment procedures imposed by the Administrative Procedure Act, *see* 5 U.S.C. §§ 553, 706(2); and (2) is invalid because it conflicts substantively with the Immigration and Nationality Act, *see* 8 U.S.C § 1182(a)(9)(B); 5 U.S.C. § 706(2).

Respectfully submitted,

                                                                /s/ Paul W. Hughes
H. Ronald Klasko*                                               Paul W. Hughes
Klasko Immigration Law Partners, LLP                               D.C. Bar No. 997235
1601 Market Street, Suite 2600                                  Michael B. Kimberly
Philadelphia, PA 19103                                             D.C. Bar No. 991549
(215) 825-8600                                                  Andrew A. Lyons-Berg*
rklasko@klaskolaw.com                                           Mayer Brown LLP
                                                                1999 K Street NW
*Counsel for Plaintiffs*                                        Washington, DC 20006
                                                                (202) 263-3000
David J. Strom*                                                 (202) 263-3300 (fax)
Jessica Rutter                                                  phughes@mayerbrown.com
American Federation of Teachers                                 mkimberly@mayerbrown.com
555 New Jersey Ave. NW
Washington, DC 20001                                            Cory S. Menees
(202) 879-4400                                                  N.C. State Bar No. 045111
dstrom@aft.org                                                  Mayer Brown LLP
jrutter@aft.org                                                 214 North Tryon Street, Suite 3800
                                                                Charlotte, NC 28202
*Counsel for the American*                                      (704) 444-3500
*Federation of Teachers*                                        cmenees@mayerbrown.com

                                                                *Counsel for Plaintiffs*

* *Notice of Special Appearance Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to counsel for defendants.

Dated: May 13, 2018 /s/ *Paul W. Hughes*