# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| GUILFORD COLLEGE, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:18-cv-0891 |
| KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of Homeland Security, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE TO THE COURT REGARDING ELECTRONIC LODGING OF THE CERTIFIED ADMINISTRATIVE RECORD

Pursuant to this Court's Order (ECF No. 56), Defendants hereby provide this Notice to the Court regarding today's lodging of a redacted version of the Certified Administrative Record ("CAR"), attached hereto, in this matter via CM/ECF. Plaintiffs' counsel was provided with a digital copy of the same CAR on May 9, 2019.

Dated: July 3, 2019                     Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

- 1 -

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED: July 3, 2019

                         By: */s/ Joshua S. Press*
                              JOSHUA S. PRESS
                              Trial Attorney
                              United States Department of Justice
                              Civil Division

- 3 -

Case 1:18-cv-00891-LCB-JEP   Document 57   Filed 07/03/19   Page 3 of 3