IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GUILFORD COLLEGE, GUILFORD COLLEGE )
INTERNATIONAL CLUB, THE NEW SCHOOL, )
FOOTHILL-DE ANZA COMMUNITY COLLEGE )
DISTRICT, HAVERFORD COLLEGE, THE )
AMERICAN FEDERATION OF TEACHERS, )
JIA YE, and SEN LI, )
                                                       Plaintiffs, )
)
                                                         v. )                     1:18CV891
)
KEVIN MCALEENAN, U.S. DEPARTMENT OF )
HOMELAND SECURITY, L. FRANCIS CISSNA, )
and U.S. CITIZENSHIP AND IMMIGRATION )
SERVICES, )
)
                                                      Defendants. )

## ORDER

Before the Court is a document filed by the parties titled, "Joint Request for Vacatur of Prior Order." (ECF No. 58.) Having reviewed the parties' request,

IT IS HEREBY ORDERED that, to the extent the parties intend this request to serve as a motion[1] seeking relief from the Court, the motion is DENIED, and the Court's Order entered on July 3, 2019, (ECF No. 56), speaks for itself.

This, the 12th day of July 2019.

                                                       /s/ Loretta C. Biggs
                                                       United States District Judge

---

[1] The parties are cautioned that, with respect to any future motions practice in this Court, they shall comply with this Court's Local Rules (*see* LR 7.3), as well as the Federal Rules of Civil Procedure.