# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GUILFORD COLLEGE, *et al.*,

    *Plaintiffs*,

v.

KIRSTJEN NIELSEN, *et al.*,

    *Defendants*.

Civil Action No. 18-cv-891

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Plaintiffs Guilford College, Guilford College International Club, The New School, Foothill De-Anza Community College District, Haverford College, The American Federation of Teachers, Jia Ye, and Sen Li respectfully move this Court for summary judgment on the first and third claims in their First Amended Complaint (Dkt. 14). As set out more fully in their memorandum in support of this motion, Plaintiffs are entitled summary judgment because the August 2018 Memorandum (1) is a legislative rule that is invalid for failure to observe the notice-and-comment procedures imposed by the Administrative Procedure Act, *see* 5 U.S.C. §§ 553, 706(2); and (2) is invalid because it conflicts substantively with the Immigration and Nationality Act, *see* 8 U.S.C § 1182(a)(9)(B); 5 U.S.C. § 706(2).

<div style="display: flex;">
<div>

H. Ronald Klasko*
Klasko Immigration Law Partners, LLP
1601 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 825-8600
rklasko@klaskolaw.com

*Counsel for Plaintiffs*

David J. Strom*
Jessica Rutter
American Federation of Teachers
555 New Jersey Ave. NW
Washington, DC 20001
(202) 879-4400
dstrom@aft.org
jrutter@aft.org

*Counsel for the American
Federation of Teachers*

</div>
<div>

Respectfully submitted,

*/s/ Paul W. Hughes*
Paul W. Hughes
   D.C. Bar No. 997235
Michael B. Kimberly
   D.C. Bar No. 991549
Andrew A. Lyons-Berg*
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
(202) 756-8087 (fax)
phughes@mwe.com
mkimberly@mwe.com

Cory S. Menees
N.C. State Bar No. 045111
Mayer Brown LLP
214 North Tryon Street, Suite 3800
Charlotte, NC 28202
(704) 444-3500
cmenees@mayerbrown.com

*Counsel for Plaintiffs*

</div>
</div>

*\* Notice of Special Appearance Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to counsel for defendants.

Dated: July 22, 2019 /s/ *Paul W. Hughes*