IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GUILFORD COLLEGE, GUILFORD COLLEGE INTERNATIONAL CLUB, THE NEW SCHOOL, FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, HAVERFORD COLLEGE, THE AMERICAN FEDERATION OF TEACHERS, JIA YE, and SEN LI, | |
| Plaintiffs, | |
| v. | 1:18CV891 |
| CHAD WOLF, U.S. DEPARTMENT OF HOMELAND SECURITY, KEN CUCCINELLI, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion for Partial Summary Judgment, (ECF No. 60), is GRANTED. The United States Citizenship and Immigration Services' August 9, 2018 memorandum entitled "Accrual of Unlawful Presence and F, J, and M Nonimmigrants" (PM-602-1060.1), as well as the corresponding memorandum with the same title issued on May 10, 2018 (PM-602-1060), are hereby declared invalid, set aside, and enjoined nationwide in all applications.

IT IS FURTHER ORDERED that the Government's Motion for Summary Judgment, (ECF No. 62), is DENIED.

IT IS FURTHER ORDERED that, Judgment having been entered, this action is hereby terminated.

This, the 6th day of February 2020.

/s/Loretta C. Biggs
United States District Judge