## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GUILFORD COLLEGE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-0891 |
| | ) | |
| CHAD F. WOLF, in his | ) | |
| official capacity as Acting Secretary | ) | |
| of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Acting Secretary of Homeland Security Chad F. Wolf, *et al.*, in the above-captioned case, appeal to the United States Court of Appeals for the Fourth Circuit from the Orders and Judgment entered on February 6, 2020, by the Honorable United States District Judge Loretta C. Biggs granting Plaintiffs' motion for summary judgment and denying Defendants' motion for summary judgment. ECF Nos. 69, 70. The judgment of February 6, 2020, ECF No. 70, is an appealable final decision of a district court under 28 U.S.C. § 1291.

.

Dated: April 3, 2020                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        WILLIAM C. PEACHEY
                                        Director

                                        GLENN M. GIRDHARRY
                                        Assistant Director

By: /s/ Joshua S. Press
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED:  April 3, 2020

By: */s/ Joshua S. Press*
    JOSHUA S. PRESS
    Trial Attorney
    United States Department of Justice
    Civil Division