FILED: April 7, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1392
(1:18-cv-00891-LCB-JEP)
_____

GUILFORD COLLEGE; GUILFORD COLLEGE INTERNATIONAL CLUB; THE NEW SCHOOL; FOOTHILL- DE ANZA COMMUNITY COLLEGE DISTRICT; HAVERFORD COLLEGE; THE AMERICAN FEDERATION OF TEACHERS; JIA YE; SEN LI

      Plaintiffs - Appellees

v.

CHAD F. WOLF, Acting Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

      Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:18-cv-00891-LCB-JEP |
| Date notice of appeal filed in originating court: | 04/03/2020 |
| Appellant(s) | CHAD WOLF; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES |
| Appellate Case Number | 20-1392 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |