FILED: August 3, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1392
(1:18-cv-00891-LCB-JEP)

_____

GUILFORD COLLEGE; GUILFORD COLLEGE INTERNATIONAL CLUB; THE NEW SCHOOL; FOOTHILL- DE ANZA COMMUNITY COLLEGE DISTRICT; HAVERFORD COLLEGE; THE AMERICAN FEDERATION OF TEACHERS; JIA YE; SEN LI

      Plaintiffs - Appellees

v.

CHAD F. WOLF, Acting Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk