FILED: August 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1392
(1:18-cv-00891-LCB-JEP)

_____

GUILFORD COLLEGE; GUILFORD COLLEGE INTERNATIONAL CLUB; THE NEW SCHOOL; FOOTHILL- DE ANZA COMMUNITY COLLEGE DISTRICT; HAVERFORD COLLEGE; THE AMERICAN FEDERATION OF TEACHERS; JIA YE; SEN LI

       Plaintiffs - Appellees

v.

CHAD F. WOLF, Acting Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

       Defendants - Appellants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

       */s/Patricia S. Connor, Clerk*